# MEMORANDUM DECISIONS

---

AMERICAN IRON & STEEL MFG. CO. v. SEABOARD AIR LINE RY. et al. No. 1064. (Circuit Court of Appeals, Fourth Circuit. March 13, 1912.) Appeal from the Circuit Court of the United States for the Eastern District of Virginia, at Richmond. George Wayne Anderson, of Richmond, Va., for appellant. L. L. Lewis, of Richmond, Va., for appellee. See, also, 196 Fed. 1004, 115 C. C. A. 669.

PER CURIAM. Certified to the Supreme Court of the United States on a question or proposition of law. May 14, 1914, mandate of Supreme Court answering question certified up in the affirmative. 233 U. S. 261, 34 Sup. Ct. 502, 58 L. Ed. 949. May 21, 1914, decree of Circuit Court reversed, with costs, and cause remanded.

---

CAROLINA GLASS CO. v. MURRAY et al. No. 1156. (Circuit Court of Appeals, Fourth Circuit. July 10, 1913.) In Error to the District Court of the United States for the Eastern District of South Carolina, at Charleston. Lyles & Lyles, D. W. Robinson, and J. T. Seibels, all of Columbia, S. C., for plaintiff in error. W. F. Stevenson, of Cheraw, S. C., and J. Fraser Lyon and B. L. Abney, both of Columbia, S. C., for defendants in error.

PER CURIAM. Judgment of District Court (197 Fed. 392) affirmed, with costs. 206 Fed. 635, 124 C. C. A. 423. May 7, 1914, plaintiff in error allowed writ of error to the Supreme Court of the United States.

---

ILLINOIS SURETY CO. v. UNITED STATES et al. No. 1242. (Circuit Court of Appeals, Fourth Circuit. May 9, 1914.) Cross Writs of Error to the District Court of the United States for the Eastern District of South Carolina, at Columbia. W. H. Townsend, of Columbia, S. C., and B. E. Hinton, of Washington, D. C., for plaintiff in error and cross-defendant in error. D. W. Robinson and John L. Rendleman, both of Salisbury, S. C., Pierce Bros., of Augusta, Ga., and Croft & Croft, of Aiken, S. C., for defendants in error and cross-plaintiffs in error.

PER CURIAM. Judgment of the District Court affirmed, with costs. 215 Fed. 334. May 20, 1914, Illinois Surety Company allowed writ of error to the Supreme Court of the United States.

---

NORFOLK & W. RY. CO. v. HOLBROOK. No. 1230. (Circuit Court of Appeals, Fourth Circuit. May 9, 1914.) In Error to the District Court of the United States for the Western District of Virginia, at Roanoke. McCormick & Smith, of Roanoke, Va., and Theodore W. Reath and F. Markoe Rivinus, both of Philadelphia, Pa., for plaintiff in error. William H. Werth, of Tazewell, Va., for defendant in error.

PER CURIAM. Judgment of District Court affirmed, with costs. 215 Fed. 687. May 25, 1914, plaintiff in error allowed writ of error to the Supreme Court of the United States.